```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
Goldman,                                                           :
:
:
              Plaintiff,                  :      20-cv-6727 (AJN)
:
      -v-                                 :      ORDER
:
Sol Goldman Investments LLC,              :
:
              Defendant.                  :
:
-------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case, **scheduled for December 4, 2020 at 3:30**, in person. Per the Court's notice of initial pretrial conference, Dkt. No. 6, counsel were required submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference. **The parties in this case have not yet submitted their proposed case management plan or their joint letter**. The parties must **do so no later than December 2, 2020 and <u>advise the Court if they can do without a conference</u>**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, which the parties can access by dialing dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at
https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: December 1, 2020
      New York, New York                          _____
                                                                            ALISON J. NATHAN
                                                                         United States District Judge