# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY M. GOLDMAN,<br><br>Plaintiff,<br><br>v.<br><br>SOL GOLDMAN INVESTMENTS LLC, SOLIL MANAGEMENT, LLC, and JANE H. GOLDMAN,<br><br>Defendants. | DOCKET NO.: 1:20-cv-6727-AJN<br><br>CIVIL ACTION<br><br>**AFFIRMATION OF JOSHUA S. BAUCHNER, ESQ.** |

I, Joshua S. Bauchner, Esq., affirm the following under penalty of perjury of the laws of the United States of America:

1. I am a partner at the law firm of Ansell Grimm & Aaron, P.C., which serves as counsel of record for Defendants Sol Goldman Investments LLC, Solil Management, LLC, and Jane H. Goldman.

2. A true and correct redacted copy of Plaintiff Jeffrey M. Goldman's ("Plaintiff") 2018 W-2 form is attached as **Exhibit A**.

3. A true and correct redacted copy of a document entitled "Notice and Acknowledgement of Pay Rate and Payday Under Section 195.1 of the New York State Labor Law" is attached as **Exhibit B**.

I affirm that all of the foregoing statements made by me are true and correct. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

_____
Joshua S. Bauchner, Esq.

# EXHIBIT A

# 2018 W-2 and EARNINGS SUMMARY 

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2018 pay stub plus any adjustments submitted by your employer.

| Gross Pay | Social Security Tax Withheld Box 4 of W-2 | NY. State Income Tax Box 17 of W-2 |
|---|---|---|
| Fed. Income Tax Withheld Box 2 of W-2 | Medicare Tax Withheld Box 6 of W-2 Includes Addl Med | SUI/SDI/FLI Box 14 of W-2 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | | | | |
| Less 401(k) (D-Box 12) | | | | |
| Less Other Cafe 125 | | | | |
| Less Transportation-Salary Reduction | | | | |
| Wages Over Limit | | | | |
| Reported W-2 Wages | | | | |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JEFFREY M. GOLDMAN
387 BURNET PL
PARAMUS NJ 07652

Social Security Number: [redacted]
Taxable Marital Status: MARRIED
Exemptions/Allowances
FEDERAL: 0
STATE: 0

© 2018 ADP LLC

---

**Employee Reference Copy**
**W-2 Wage and Tax Statement 2018**
Copy C for employee's records. OMB No. 1545-0008

d Control number: 003841 CLIF/F1P
Dept: A
Corp
Employer use only: 127

c Employer's name, address, and ZIP code
SOLIL MANAGEMENT LLC
1185 SIXTH AVE 10TH FL
NEW YORK NY 10036-2604

Batch #02710

e/f Employee's name, address, and ZIP code
JEFFREY M. GOLDMAN
387 BURNET PL
PARAMUS NJ 07652

b Employer's FED ID number: [redacted]
a Employee's SSA number: [redacted]
1 Wages, tips, other comp.: [redacted]
2 Federal income tax withheld: [redacted]
3 Social security wages: [redacted]
4 Social security tax withheld: [redacted]
5 Medicare wages and tips: [redacted]
6 Medicare tax withheld: [redacted]
7 Social security tips
8 Allocated tips
9 Verification Code: [redacted]
10 Dependent care benefits
11 Nonqualified plans
12a See instructions for box 12: D [redacted]
14 Other: [redacted]
12b DD
12c
12d
13 Stat emp / Ret. plan X / 3rd party sick pay
15 State: NY  Employer's state ID no.: [redacted]
16 State wages, tips, etc.: [redacted]
17 State income tax: [redacted]
18 Local wages, tips, etc.
19 Local income tax
20 Locality name

---

c Employer's name, address, and ZIP code
SOLIL MANAGEMENT LLC
1185 SIXTH AVE 10TH FL
NEW YORK NY 10036-2604

c Employer's name, address, and ZIP code
SOLIL MANAGEMENT LLC
1185 SIXTH AVE 10TH FL
NEW YORK NY 10036-2604

c Employer's name, address, and ZIP code
SOLIL MANAGEMENT LLC
1185 SIXTH AVE 10TH FL
NEW YORK NY 10036-2604

e/f Employee's name, address and ZIP code
JEFFREY M. GOLDMAN
387 BURNET PL
PARAMUS NJ 07652

e/f Employee's name, address and ZIP code
JEFFREY M. GOLDMAN
387 BURNET PL
PARAMUS NJ 07652

e/f Employee's name, address and ZIP code
JEFFREY M. GOLDMAN
387 BURNET PL
PARAMUS NJ 07652

**W-2** Federal Filing Copy Wage and Tax Statement **2018**
Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

**W-2** NY.State Reference Copy Wage and Tax Statement **2018**
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

**W-2** NY.State Filing Copy Wage and Tax Statement **2018**
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

# EXHIBIT B



**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Exempt Employees**

1. **Employer Information**

   Name:

   Solil Management LLC

   Doing Business As (DBA) Name(s):

   FEIN (optional):

   Physical Address:
   1185 Sixth Avenue
   10th Floor
   New York, New York 10036

   Mailing Address:
   1185 Sixth Avenue
   10th Floor
   New York, New York 10036

   Phone: (212) 265-2280

2. **Notice given:**
   - [X] At hiring
   - [X] On or before February 1
   - [ ] Before a change in pay rate(s), allowances claimed, or payday

3. **Employee's pay rate(s):** State if pay is based on an hourly, salary, day rate, piece rate, or other basis. ▮▮▮▮▮▮▮▮▮▮

   Employers may not pay a non-hourly rate to a non-exempt employee in the Hospitality Industry, except for commissioned salespeople.

4. **Allowances taken:**
   - [X] None
   - [ ] Tips _____ per hour
   - [ ] Meals _____ per meal
   - [ ] Lodging _____
   - [ ] Other _____

5. **Regular payday:** Thursday

6. **Pay is:**
   - [X] Weekly
   - [ ] Bi-weekly
   - [ ] Other: _____

7. **Overtime Pay Rate:**
   Most workers in NYS must receive at least 1½ times their regular rate of pay for all hours worked over 40 in a workweek, with few exceptions. A limited number of employees must only be paid overtime at 1½ times the minimum wage rate, or not at all.

   This employee is exempt from overtime under the following exemption (optional): _____

8. **Employee Acknowledgement:**
   On this day, I received notice of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

   Check one:
   - [ ] I have been given this pay notice in English because it is my primary language.
   - [ ] My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

   _Jfrey McGidney_
   Print Employee Name

   _(signature)_
   Employee Signature

   Date      _Vivian Orellana_
   _Payroll Administrator_

   _____
   Preparer Name and Title

   The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 59 (03/11)