# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY M. GOLDMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SOL GOLDMAN INVESTMENTS LLC, SOLIL MANAGEMENT, LLC, and JANE H. GOLDMAN,<br><br>    Defendants. | DOCKET NO.: 1:20-cv-6727-AJN<br><br>CIVIL ACTION<br><br>**ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT AS TO SOL GOLDMAN INVESTMENTS LLC, PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6)** |

This matter having been opened to the Court on the Motion of Defendant Sol Goldman Investments LLC ("SGI") for an Order dismissing the Amended Complaint filed by Plaintiff Jeffrey M. Goldman as to SGI for lack of subject-matter jurisdiction and failure to state a claim upon which relief may be granted, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); the Court having considered the papers submitted in opposition and reply thereto; the Court having heard any arguments of counsel; and for other good cause having been shown;

    IT IS on this _____ day of _____ 2021:

    ORDERED AND ADJUDGED that SGI's Motion is GRANTED for the reasons set forth on the record and the Clerk of the Court is directed to remove SGI as a Defendant in this matter forthwith.

 

                                                       _____
                                                       HON. ALISON J. NATHAN, U.S.D.J.