# AG&A | ANSELL GRIMM & AARON PC
COUNSELORS AT LAW

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

RICHARD B. ANSELL ‡
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL‡
ALLISON ANSELL▫†
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL♦
RICK BRODSKY♦
LAWRENCE H. SHAPIRO♦▫
ROBERT A. HONECKER, JR. ▫§
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO~
JOSHUA S. BAUCHNER♦
DAVID J. BYRNE▫
ANDREA B. WHITE ♦•

EDWARD J. AHEARN
JASON S. KLEIN♦
MELANIE J. SCROBLE
BARRY M. CAPP♦∆
DOUGLAS A. DAVIE♦
MARK M. WIECHNIK
ELYSA D. BERGENFELD
RICHARD B. LINDERMAN▫
CRAIG D. GOTTILLA♦▫
KEVIN M. CLARK
KRISTINE M. BERGMAN▫
JESSICA T. ZOLOTOROFE
TARA K. WALSH♦
RAHOOL PATEL♦
NICOLE D. MILLER▫
ALFRED M. CASO
ANTHONY J. D'ARTIGLIO♦
SETH M. ROSENSTEIN♦

COUNSEL
HON. ANTHONY J. MELLACI, JR., J.S.C. (RET)
STACEY R. PATTERSON♦
JAMES A. SYLVESTER
ROY W. HIBBERD ∇∆
HON. RAYMOND A. HAYSER, J.T.C. (RET)
KELLY M. CAREY

RETIRED
ROBERT I. ANSELL
LISA GOLDWASSER♦

IN MEMORIAM
LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)
DAVID K. ANSELL† (1962-2019)

LICENSED ALSO IN:
∆ D.C. ¤ MASS. ♦ N.Y. * WASH.
▫ PENN. ~ FLA. ∇ CALIF.

† FELLOW, AMERICAN ACADEMY OF MATRIMONIAL LAWYERS

‡ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

§ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

• CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL LAW ATTORNEY

January 19, 2021

<u>Via ECF</u>

Honorable Alison J. Nathan, U.S.D.J.
United States District Court for the
   Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021
```

      Re:    *Jeffrey M. Goldman v. Sol Goldman Investments LLC, et al.*
              <u>Civil Action No.: 1:20-cv-6727</u>

Dear Judge Nathan:

      This firm represents Defendants Sol Goldman Investments LLC ("SGI"), Solil Management, LLC ("Solil"), and Jane H. Goldman (collectively, "Defendants") in the above styled matter. Pursuant to Local Rule 7.1(d), SGI submits this letter-motion to adjourn the mediation presently scheduled for February 24, 2021, for the reasons set forth within.

      As the Court is aware, SGI filed a motion to dismiss the Amended Complaint, pursuant to Rules 12(b)(1) (lack of subject matter jurisdiction) and 12(b)(6) (failure to state a claim upon which relief may be granted). That motion is not fully briefed yet. In the interim, pursuant to the Chief Judge's standing order in employment cases, the mediation office assigned a mediator to this matter and an initial conference call between the parties and the mediator took place.

086874.000058.70146232

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792
www.ansellgrimm.com

At the present time, a mediation session is scheduled for February 24, 2021. In light of the fact that SGI's motion is pending -- and raises subject-matter jurisdiction issues arising from a dispute as to which entity actually employed Plaintiff -- SGI respectfully requests that the mediation be adjourned until after the motion is decided. This would avoid the prospect of having an unnecessary and potentially improper party participate in the mediation, which only will disrupt the proceeding and reduce the chance of an amicable resolution. Once the Court decides the pending motion to dismiss, the parties can then proceed to mediation. No prior adjournment of the mediation session has been requested and counsel to Plaintiff has offered no objection to this request.

For the foregoing reasons, SGI respectfully submits that its letter-motion to adjourn the mediation presently scheduled for February 24, 2021 be granted.

**SO ORDERED.**

*[signature]*
1/20/2021

Respectfully submitted,

*[signature]*

Joshua S. Bauchner, Esq.
Ansell Grimm & Aaron, P.C.
*Attorneys for Defendants*

Cc:   Counsel for Plaintiff (via ECF)

A commitment to excellence. A commitment to people. Since 1929.

086874.000058.70146232