UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY M. GOLDMAN,<br><br>Plaintiff,<br><br>v.<br><br>SOL GOLDMAN INVESTMENTS LLC, SOLIL MANAGEMENT, LLC, and JANE H. GOLDMAN,<br><br>Defendants. | DOCKET NO.: 1:20-cv-6727-AJN<br><br>CIVIL ACTION<br><br>**DECLARATION OF<br>JUDITH M. BRENER** |

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

I, JUDITH M. BRENER, being duly sworn, depose and state the following under penalty of perjury of the laws of the United States of America:

1. I am the General Counsel of Defendant Sol Goldman Investments LLC ("SGI") and am fully familiar with the facts set forth in this affidavit.

2. SGI does not employ any employees.

3. Plaintiff was solely employed by Defendant Solil Management, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Judith M. Brener

Sworn to before me on
this ____ day of January 2021

_____
Notary Public, State of New York
REENA MALHOTRA
Notary Public, State of New York
No. 02MA6392874
Qualified in Westchester County
My Commission Expires June 3, 2023