USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Goldman,<br><br>                    Plaintiff,<br><br>          –v–<br><br>Sol Goldman Investments., *et al.*,<br><br>                    Defendants. | 20-cv-6727 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

    The post-discovery conference in this matter is adjourned to September 3, 2021 at 3:45 P.M. in light of the discovery extensions in this case.

SO ORDERED.

Dated: July 21, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge