USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeffrey M. Goldman,<br><br>Plaintiff,<br><br>–v–<br><br>Sol Goldman Investments, LLC, et al.,<br><br>Defendants. | 20-cv-6727 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

The Court hereby grants the parties' joint request to hold the conference scheduled for Friday, September 17, 2021, remotely rather than in person due to the ongoing pandemic. Dkt. 48. The parties should monitor ECF for instructions on how to join the conference remotely.

SO ORDERED.

Dated: September 13, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1