UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021

Goldman,

                Plaintiff,

    -v-

Sol Goldman Investments LLC et al,

                Defendants.

20-cv-6727 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      A conference in this matter is scheduled for Friday, September 17, 2021 at 3:45 PM.

The conference may be accessed at that time by dialing (888) 363-4749 and entering access code

9196964#.  All persons accessing the proceeding must mute their lines unless given permission

to unmute.  Any recording or rebroadcasting of any portion of the proceeding is strictly

prohibited.  Violations of this order can result in fines or other sanctions.

      SO ORDERED.

Dated: September 16, 2021
      New York, New York

_____
      ALISON J. NATHAN
    United States District Judge