UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2021
```

Goldman,

        Plaintiff,

–v–

Sol Goldman Investments LLC,

        Defendants.

20-cv-6727 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court held a status conference in this matter today. Because the matter is referred to Judge Freeman for general pre-trial management, the parties will work with Judge Freeman to resolve their outstanding discovery disputes and set a date for the close of all outstanding discovery.

    By October 1, 2021, the parties shall submit a joint letter informing the Court of the date for the close of discovery, if resolved. If not resolved, informing the Court of the date they will appear before Judge Freeman.

    Summary judgment motions, if any, shall be filed within 30 days after the close of discovery.

    Finally, if the parties wish to postpone summary judgment briefing pending a settlement conference before Judge Freeman, they are ordered to submit a letter to the Court requesting such an adjournment. The Court will likely grant that request.

    SO ORDERED.

Dated: September 17, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge