UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2022
```

Goldman,

            Plaintiff,

—v—

Sol Goldman Investments,

            Defendant.

20-cv-6727 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the forthcoming deposition of Maria Fleytas, Plaintiff's Motion for Summary Judgment (Dkt. No. 80) is denied with prejudice to renew upon the completion of the deposition. The parties are ordered to notify the Court once the deposition has been scheduled and to provide a status update once the deposition has been completed. If the deposition has not been scheduled by February 14, 2022, the parties shall file a status update with the Court on or before that date.

    SO ORDERED.

Dated: January 27, 2022
       New York, New York

                                            ALISON J. NATHAN
                                        United States District Judge