# AG&A | ANSELL GRIMM & AARON PC
COUNSELORS AT LAW

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

RICHARD B. ANSELL ‡
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL‡
ALLISON ANSELL¤†
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL•
RICK BRODSKY
LAWRENCE H. SHAPIRO•¤
ROBERT A. HONECKER, JR. ¤§
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO~
JOSHUA S. BAUCHNER•
DAVID J. BYRNE¤
ANDREA B. WHITE •·
EDWARD J. AHEARN

JASON S. KLEIN•
MELANIE J. SCROBLE
BARRY M. CAPP•∆
DOUGLAS A. DAVIE•
ELYSA D. BERGENFELD
RICHARD B. LINDERMAN¤
CRAIG D. GOTTILLA•¤
KEVIN M.CLARK
KRISTINE M. BERGMAN¤
JESSICA T. ZOLOTOROFE
TARA K. WALSH•
RAHOOL PATEL•
NICOLE D. MILLER¤
ALFRED M. CASO
ANTHONY J. D'ARTIGLIO•
SETH M. ROSENSTEIN•
ASHLEY V. WHITNEY•
COURTNEY E. DUNN•

COUNSEL
HON. ANTHONY J. MELLACI, JR., J.S.C. (RET)
STACEY R. PATTERSON•
JAMES A. SYLVESTER
ROY W. HIBBERD ∇∆
HON. RAYMOND A. HAYSER, J.T.C. (RET)
KELLY M. CAREY

RETIRED
ROBERT I. ANSELL
LISA GOLDWASSER•

IN MEMORIAM
LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)
DAVID K. ANSELL† (1962-2019)

LICENSED ALSO IN:
∆ D.C. ¤ MASS. • N.Y. * WASH.
□ PENN. ~ FLA. ∇ CALIF.

† FELLOW, AMERICAN
ACADEMY OF MATRIMONIAL
LAWYERS

‡ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY

§ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CRIMINAL TRIAL ATTORNEY

• CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
MATRIMONIAL LAW ATTORNEY

**Reply to: Woodland Park**
**Telephone:  (973) 247-9000**
**Fax:  (973) 247-9199**
**Email: jb@ansellgrimm.com**

February 2, 2022

<u>Via ECF</u>

Hon. Alison J. Nathan, U.S.D.J.            Hon. Debra Freeman, U.S.M.J.
United States District Court for the        United States District Court for the
   Southern District of New York               Southern District of New York
40 Foley Square, Room 2102                500 Pearl Street
New York, New York 10007                  New York, New York 10007

      Re:    *Jeffrey M. Goldman v. Sol Goldman Investments LLC, et al.*
             <u>Civil Action No.: 1:20-cv-6727</u>

Dear Judge Nathan and Judge Freeman:

      As you are aware, this firm represents Defendants Sol Goldman Investments LLC, Solil Management, LLC, and Jane H. Goldman (collectively, "Defendants") in the above styled matter.

      In accordance with Judge Nathan's January 28, 2022 order (ECF 90), we write to inform the Court that the deposition of Ms. Fleytas, which was ordered by Judge Freeman, has been scheduled for February 7, 2022 at 10:00 a.m.  Counsel for Plaintiff confirmed their availability, and Ms. Fleytas did the same.  While the subpoena is still out for service at the time of this letter being written, a copy of the subpoena was sent to Ms. Fleytas via email one day after Judge Nathan's order was issued.  We will provide a further status update to the Court once the deposition has occurred as required by Judge Nathan's order.

086874.000058.75926992

Honorable Alison J. Nathan, U.S.D.J.
Honorable Debra Freeman, U.S.M.J.
February 2, 2022
Page 2

      We are available to discuss this, or any other matter, at the Court's convenience.

      Respectfully,

      Joshua S. Bauchner, Esq.
      Ansell Grimm & Aaron, P.C.
      *Attorneys for Defendants*

cc: All counsel of record (via ECF)