# Exhibit E

Message

| | |
|---|---|
| **From**: | Judy Brener [/O=SOLIL MANAGEMENT/OU=SOLILSERVER/CN=RECIPIENTS/CN=JUDYB] |
| **Sent**: | 6/18/2020 3:46:16 PM |
| **To**: | Jeffrey Goldman [/o=Solil Management/ou=Solilserver/cn=Recipients/cn=JEFFREYG] |
| **Subject**: | RE: Return to the Office |

Jeff:  You are our court attorney!!!!!  Help!

---

**From:** Jeffrey Goldman
**Sent:** Wednesday, June 17, 2020 11:48 AM
**To:** Judy Brener <JudyB@solil.com>; Concetta Ferrari <concettaf@solil.com>
**Subject:** Return to the Office

As you know, I have been working from home since March 17, 2020, and I appreciate having been able to do that. I have a number of underlying health issues. I do not go to stores. I do not go to synagogues. I do not allow either of my daughters to come to my home. I have not seen my daughter, Jordana, in 6 months. She knows that she can't come here, and she is flying from Los Angeles to Baltimore, without stopping here. I have consulted with my physician. He has provided me with a letter. I will not be able to return to court, and I will not be able to return to the office. I can, however, continue working from home.

*Jeffrey M. Goldman, Esq.*
Of Counsel to Judith M. Brener, Esq.
& Solil Management LLC
1185 Sixth Avenue, 10th Floor
New York, NY 10036-2604
P: 212-265-2171
F: 212-265-1669
jeffreyg@solil.com