UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEFFREY M. GOLDMAN,

                                       Plaintiff,           20-CV-06727 (AJN)(SN)

  -against-                                                                <u>**ORDER**</u>

SOL GOLDMAN INVESTMENTS LLC, et al.,

                                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On February 25, 2022, the Honorable Alison J. Nathan referred the Motion for Sanctions and Motion for Summary Judgment to my docket for a Report & Recommendation. ECF No. 101. A call is scheduled for Friday, March 4, 2022, at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     New York, New York
                March 1, 2022