USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEFFREY M. GOLDMAN,

                                  **Plaintiff,**                    20-CV-06727 (AJN)(SN)

  -against-                                                               **ORDER**

SOL GOLDMAN INVESTMENTS LLC, et al.,

                                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The conference currently scheduled for Friday, March 4, 2022, at 11:00 a.m. is RESCHEDULED for Monday, March 14, 2022, at 2:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                March 1, 2022