JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Mike DiGiulio
Leah Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

August 23, 2022

**VIA ECF**

Hon. Judge Mary Kay Vyskocil
U. S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Goldman v. Sol Goldman Investments LLC, et al.*
                **Case No. 1:20 cv 6727**

Dear Judge Vyskocil:

This firm represents Plaintiff Jeff Goldman ("Plaintiff") in the above-referenced case against Defendants Sol Goldman Investments LLC ("SGI"), Solil Management, LLC ("Solil"), and Jane H. Goldman (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties"). We write this letter to request an extension of time to submit our Response to Defendants' Objection (Dkt. #114), filed August 19, 2022, to Magistrate Judge Sarah Netburn's Report and Recommendations (Dkt. #113).

Plaintiff's Response to Defendants' Objection is currently due on September 2, 2022. Plaintiff requests a one-week extension until September 9, 2022 because Plaintiff's attorney is out of the office this week. This is Plaintiff's first request for an extension of this deadline. Defendants consent to the proposed extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

JOSEPH & KIRSCHENAUM LLP

*/s/D. Maimon Kirschenbaum*
D. Maimon Kirschenbaum