**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JEFFREY M. GOLDMAN,

                Plaintiff,
    -against-                                 20 **CIVIL** 6727 (MKV)(SN)

## JUDGMENT

SOL GOLDMAN INVESTMENTS LLC, SOLIL
MANAGEMENT, LLC and JANE H. GOLDMAN,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 27, 2022, Defendants' objections are overruled. The Report is ADOPTED in its entirety. Plaintiff's motion for partial summary judgment is GRANTED against all Defendants. Defendant SGI's cross-motion for summary judgment is DENIED.

**Dated:**  New York, New York
          September 28, 2022

                                                        **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                         **BY:**         *K. Mango*

                                                           **Deputy Clerk**